No. 12–487.  RANN v. ATCHISON, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 12–490.  WILLIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5027.  O'BAY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5032.  MOTA REYES, AKA REYES MOTA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5119.  WHITE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–5125.  SHERROD v. JOHNSON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 12–5182.  HOOD v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Harnett County, N. C.  Certiorari denied.

No. 12–5263.  MARLOWE v. FABIAN ET AL.  C. A. 8th Cir. Certiorari denied.

No. 12–5309.  LEWIS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–5354.  MCGOWEN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–5412.  HARRIS v. QCA HEALTH PLAN, INC.  C. A. 8th Cir.  Certiorari denied.

No. 12–5592.  DOVER v. HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 12–5689.  GLADDEN v. BRYSON, SECRETARY OF COMMERCE. C. A. 4th Cir.  Certiorari denied.

No. 12–5690.  GLADDEN v. VILSACK, SECRETARY OF AGRICULTURE.  C. A. 3d Cir.  Certiorari denied.